IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-00886-NCT-JEP

| | |
|---|---|
| DEMETRA RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **UNOPPOSED MOTION FOR** |
| | ) **FINAL APPROVAL OF** |
| THE NRP GROUP LLC, NRP | ) **CLASS ACTION SETTLEMENT** |
| MANAGEMENT, LLC, NRP | ) |
| NORTH CAROLINA, LLC, NRP | ) |
| PARTNERS, LLC, NRP ALSTON | ) |
| VILLAGE, LLC d/b/a FALLS | ) |
| POINTE AT THE PARK, and NRP | ) |
| ALSTON MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |

Plaintiff Demetra Rush ("Plaintiff"), on behalf of herself and all others similarly situated (the "Class(es)" as defined in the memorandum) without opposition from the NRP Group LLC, NRP Management, LLC, NRP North Carolina, LLC, NRP Partners, LLC, NRP Alston Village, LLP d/b/a Falls Pointe at The Park, and NRP Alston Management, LLC ("Defendants"), herby respectfully moves the Court for an order granting final approval of the settlement of this class action and providing such other and further relief as the Court deems just and proper.

For the reasons described in Plaintiff's memorandum of law in support of

this motion and the accompanying declarations attached, Plaintiff respectfully requests that this Court grant the unopposed motion and enter the proposed Order on Final Approval of Class Action Settlement.

Respectfully submitted, January 27, 2020.

/s/ Scott C. Harris
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@wbmllp.com
pat@wbmllp.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS LAW, PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: (919) 526.0450
Fax: (919)882.8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

                                              Whitfield Bryson & Mason LLP

                                              */s/ Scott C. Harris*
                                              Scott C. Harris
                                              N.C. Bar No.: 35328
                                              900 W. Morgan Street
                                              Raleigh, North Carolina 27603
                                              Telephone: (919) 600-5000
                                              Facsimile: (919) 600-5035
                                              scott@wbmllp.com