IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMETRA RUSH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE NRP GROUP LLC, NRP MANAGEMENT, LLC, NRP NORTH CAROLINA, LLC, NRP PARTNERS, LLC, NRP ALSTON VILLAGE, LLC d/b/a FALLS POINTE AT THE PARK, and NRP ALSTON MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) 1:18CV886 |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the Final Order contemporaneously entered and pursuant to Fed. R. Civ. P. 23(e), IT IS HEREBY ADJUDGED that the Settlement set forth in the Settlement Agreement is finally approved in all respects, and the Settlement, the Settlement Agreement, and the plan of distribution of the Settlement funds are in all respects fair, reasonable, and adequate, and are in the best interest of the settlement class.

Upon the Effective Date of the Settlement Agreement, the Class Releasors shall release and forever discharge the Released Persons from the Released Claims.

By reason of the settlement, and there being no just reason for delay, the Court hereby enters final judgment in this matter. Without affecting the finality of this judgment, the Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement and of this Final Order and Judgment, to protect and effectuate this Final Order and Judgment, and for any other necessary purpose.

Pursuant to the terms of the Settlement Agreement, this action is dismissed with prejudice as against the Class Representative, all members of the Settlement Classes and the Defendants. The parties shall bear their own costs except as provided by the Settlement Agreement. It is further adjudged that the Class Representative, on behalf of herself and members of the Settlement Classes, shall be deemed conclusively to have compromised, settled, discharged, dismissed, and released any and all rights, claims, or causes of action against Released Persons as provided for in the Settlement Agreement.

This the 27th day of February, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
